KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant U.S. Attorney
California State Bar No. 250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5220

Attorneys for Plaintiff
United States of America

**UNITED STATES MAGISTRATE COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIA LIZBETH AVILES-CHAVEZ, ) <br> JOSE ALBERTO CASTILLO-GONZALEZ ) <br> ) <br> Material Witnesses. ) <br> ) | Criminal Case No. 08MJ2144 <br><br> MOTION TO DISMISS <br> WITHOUT PREJUDICE |

<u>MOTION TO DISMISS</u>

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the material witness complaint pursuant to 18 U.S.C. § 3144 against the above named material witnesses in the interest of justice as their presence is no longer required in the United States because no criminal charges are being filed in the matter for which they were being held.

DATED: July 15, 2008

                                                                                                      Respectfully submitted,

                                                                                                      KAREN P. HEWITT
                                                                                                      United States Attorney

                                                                                                      /s/ *Caroline P. Han*
                                                                                                       CAROLINE P. HAN
                                                                                                        Assistant U.S. Attorney