UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Alberto Castillo-Gonzalez ) <br> (2) ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj 2144 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. NA |

On order of the United States District/(Magistrate Judge,)   CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted /(Case Disposed)/ Order of Court).

Jose Alberto Castillo-Gonzalez (not arraigned) — Mat Wit Cmp filed : dismissed on Gov't's motion —

DATED: 7-16-08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk  
by _____  
Deputy Clerk